# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

145298

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC:  145298
                                            COA:  306485
                                            Wayne CC:  03-001088-FC

SHATONE CHINN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

h1113